**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

MAR 13 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK LAMAR TIMS JR.,<br><br>Defendant. | SEALED<br><br>Case No. **24 CR 049 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### ROBBERY IN INDIAN COUNTRY
### [18 U.S.C. §§ 2111, 1151, & 1153]

On or about January 16, 2024, in the Eastern District of Oklahoma, in Indian country, the defendant, **PATRICK LAMAR TIMS JR.,** an Indian, did by force, violence, and intimidation, take and attempt to take items of value from the person and presence of Victim, in violation of Title 18, United States Code, Sections 2111, 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

_____
JOSHUA SATTER, NYBA # 5477112
Assistant United States Attorney

